CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 0 8 2006

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CURTIS LYNN MORGAN,<br>Petitioner, | Case No. 7:05-cv-00636<br>Case No. 7:03-cr-00084 |
| v. | **FINAL ORDER** |
| UNITED STATES OF AMERICA,<br>Respondent. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

as follows:

1. Petitioner's motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, shall be and hereby is **GRANTED** as to his claim that counsel's action deprived him of his right to appeal petitioner's sentence imposed on October 14, 2004, in Case No. 7:03-cr-00084;

2. The clerk **SHALL** prepare a new Judgment in Case No. 7:03-cr-00084, in every respect the same as the previous Judgment except as to date of entry;

3. Upon entry of the new Judgment, the Judgment signed on October 18, 2004, and entered on October 19, 2004, shall be **VACATED**;

4. Paul Graham Beers, Esq., appointed by the court to represent the petitioner in this habeas action, **SHALL** file a Notice of Appeal on the petitioner's behalf and petitioner may pursue a motion in the Court of Appeals for appointment of counsel to assist him with the appeal; and

5. The clerk **SHALL** close this § 2255 case, nothing further remaining to be done herein, but shall docket this order and the accompanying memorandum opinion in Case No. 7:03-cr-00084.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the parties.

ENTER: This 8th day of November, 2006.

*/s/ James C. Turk*
Senior United States District Judge